EMILY WAGNER, Respondent, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY, Appellant.

THIS case presented the same question and was argued and decided with *Lahr* v. *M. E. R. Co.* (*ante*, p. 268).

---

SUSAN RAYNOR et al., as Administrators, etc., Appellants, *v.* SAMUEL S. CARMAN et. al., Respondents.

(Argued December 9, 1886; decided February 1, 1887.)

*J. T. Marean* for appellants.

*H. E. Sickels* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed and judgment absolute on stipulation directed.